**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **NOELIA ACIDIS SANTOS,** | § § § § § § § § § § § § § § § § § § | |
| *Petitioner*, | | |
| **v.** | | |
| | | **EP-26-CV-00736-DCG** |
| **TODD BLANCHE,** *in his official capacity as* Acting Attorney General of the United States, | | |
| **MARKWAYNE MULLIN,** *in his official capacity as* Secretary, U.S. Department of Homeland Security; *and* | | |
| **JOEL GARCIA,** *in his official capacity as* Director, El Paso Field Office, U.S. Immigration and Customs Enforcement, U.S. Department of Homeland Security, | | |
| *Respondents*. | | |

**ORDER GRANTING MOTION TO DISMISS,**
**VACATING HEARING, AND CLOSING CASE**

Pursuant to the parties' "Joint Stipulation of Dismissal" (ECF No. 11), the Court

**DISMISSES** the above-captioned case **WITHOUT PREJUDICE**.

The Court thereby **CLOSES** the case.

Accordingly, the Court **VACATES** the May 13, 2026 evidentiary hearing in this case.

**So ORDERED and SIGNED this 12th day of May 2026.**

_____
**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**